UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,
Plaintiff,

v.                                                      CRIM. NO. 25-483 (MAJ)

AGRIPINO CASTILLO-APOLINAR,
Defendant.

UNITED STATES' SENTENCING MEMORANDUM

TO THE HONORABLE COURT:

COMES NOW the United States of America, through the undersigned attorney, and submits this sentencing memorandum in aid of the Court for the purposes of sentencing the above-captioned defendant.

1.   The United States Sentencing Recommendation

The United States recommends a sentence of time served to be followed by 1 year of supervised release.

2.   Guideline Calculations and Criminal History Computation in the Pre-sentence Report (PSR)

After consideration of the charge and facts related to the above-captioned case, the United States Probation Office for the District of Puerto Rico established a Total Offense Level of 4 and a Criminal History Category of I. Based upon a Total Offense Level of 4 and a Criminal History Category of I, the guideline imprisonment range is 0 to 6 months. the following guideline calculations.

1

3.    Summary of Facts of Criminal Conduct (including undisputed portions of PSR)

On November 6, 2025, Defendant, Agripino Castillo-Apolinar, was encountered. Agents requested an identification, which Defendant provided. An immigration examination was conducted, which verified Defendant is a national and citizen of the Dominican Republic, who was illegally reentered the United States after he was removed on August 25, 2010.

An immigration inspection determined that Defendant was not in possession of a valid unexpired immigration visa, reentry permit, border crossing identification card, or other valid entry document, and a valid unexpired passport, or other suitable document, or document of identity and nationality to be enter, pass through, or remain in the United States. Agents determined that Defendant is inadmissible to the United States, and he was arrested and transported to the Enforcement Removal Operations (ERO) Office in Guaynabo, PR, for further processing.

Further immigration checks revealed the following:

- On or about November 14, 1989, at or near Mayagüez, PR, Defendant illegally entered the United States.

- On December 5, 1998, Border Patrol (BP) was notified that Defendant was at the Sabana Hoyos Correctional Institution. BP took custody of Defendant. It was determined that he was present without authorization to be or to remain in the United States. He was granted voluntary departure.

- On or about June 10, 2010, Defendant was encountered by the Guaynabo Municipal Police Department. He was turned over to Immigration Customs Enforcement (ICE), who determined that he was present without authorization in the United States. He

was served a Warrant of Removal on August 3, 2010. He was removed from the United States on or about August 3, 2010, through Alexandria, Louisiana to the Dominican Republic.

- It is believed that Defendant reentered the United States, near Añasco, PR, illegally via a yawl wooden vessel on or about 2021.

- As of November 6, 2025, Defendant had not applied for permission to reenter the United States and therefore had not received the required consent from the Secretary of Homeland Security. He also lacks any immigration documents that would allow him to legally enter or remain in the United States.

4.  Conclusion

The United States submits that a sentence of time served to be followed by a supervised release term of 1 years is sufficient but not greater than necessary to achieve the sentencing goals in this case.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 16th day of April 2026.

W. Stephen Muldrow
United States Attorney

s/ *Manuel Muñiz-Lorenzi*
Manuel Muñiz-Lorenzi
USDC # G03304
Assistant United States Attorney
350 Chardón Ave, 1201
San Juan, Puerto Rico 00918
Manuel.Muniz.Lorenzi@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to

all attorneys of record.

<u>*s/ Manuel Muñiz-Lorenzi*</u>
Manuel Muñiz-Lorenzi
Assistant United States Attorney